CV6-602 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00602-CV

Hang 'Em High Saloon, L.L.C. d/b/a Hang 'Em High Saloon, Appellant

v.

Jay Allen Carnes, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 96-06596, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

PER CURIAM

 Appellant has filed an unopposed motion to dismiss this appeal. The motion is granted and
the appeal dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: January 9, 1997

Do Not Publish